# Court of Appeals
# of the State of Georgia

ATLANTA,_____August 17, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A2100.  IN RE: ESTATE OF CRAIG MARTIN MCGONIGLE.**

Maximilian and Chanel McGonigle appeal the trial court's order admitting to probate the last will and testament of Craig Martin McGonigle.  We lack jurisdiction.

The Georgia Supreme Court has appellate jurisdiction in "[a]ll cases involving wills."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (3).  As the Supreme Court has explained, "'all cases involving wills' means those cases in which the will's validity or meaning is in question."  *In re Estate of Lott*, 251 Ga. 461 (306 SE2d 920) (1983).  Here, based on the record before us, the central issue on appeal appears to be the meaning of the decedent's will.  Consequently, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____08/17/2016_____
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*